**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-1327-WJM-MJW

ANTONIOS XANTHOS,

    Plaintiff,

v.

MARRIOTT INTERNATIONAL, INC., a Delaware corporation,
SUMMIT HOTEL TRS 021, LLC, a Delaware limited liability company,
INTERSTATE MANAGEMENT COMPANY LLC, a Delaware limited liability company;
and
TROY HALEY,

    Defendants.

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO DISMISS
NEGLIGENCE *PER SE* CLAIM AGAINST ALL DEFENDANTS**

---

This matter is before the Court on the Plaintiff's Unopposed Motion to Dismiss Negligence *Per Se* Claim Against All Defendants ("Motion"). (ECF No. 44.) The Court having reviewed the Motion and being fully advised hereby ORDERS that Plaintiff's Motion is GRANTED. Plaintiff's negligence *per se* claim is DISMISSED WITHOUT PREJUDICE as to all Defendants.

Dated this 19th day of August, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge