IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01327-WJM-MJW

ANTONIOS XANTHOS,

Plaintiff,

v.

MARRIOTT INTERNATIONAL, INC., a Delaware corporation,
SUMMIT HOTELS TRS 021, LLC, a Delaware limited liability company,
INTERSTATE MANAGEMENT COMPANY, LLC, a Delaware limited liability company,
TROY HALEY, an individual,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 52) is GRANTED finding good cause shown. The written Stipulated Protective Order Regarding Confidential Materials (docket no. 52-1) is APPROVED as amended in paragraph 11 and made an Order of Court.

Date: September 4, 2013