# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martínez

Civil Case No. 13-cv-1327-WJM-MJW

ANTONIOS XANTHOS,

    Plaintiff,

v.

MARRIOTT INTERNATIONAL, INC., a Delaware corporation;
SUMMIT HOTEL TRS 021, LLC, a Delaware limited liability company;
INTERSTATE MANAGEMENT COMPANY, LLC, a Delaware corporation; and
TROY HALEY, an individual

    Defendants.

---

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO DISMISS SUMMIT HOTEL TRS01, LLC

---

This matter comes before the Court on Plaintiff's Unopposed Motion to Dismiss All Claims Against Defendant Summit Hotel TRS021, LLC filed January 10, 2014 (ECF No. 59).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Plaintiff's Motion to Dismiss is GRANTED.  All claims brought by Plaintiff against Defendant Summit Hotel TRS021, LLC are hereby DISMISSED WITHOUT PREJUDICE.  Each party shall pay his or its own attorney's fees and costs.

Dated this 10th day of January, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge