IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01327-WJM-MJW

ANTONIOS XANTHOS,

Plaintiff,

v.

MARRIOTT INTERNATIONAL, INC., a Delaware corporation,
INTERSTATE MANAGEMENT COMPANY, LLC, a Delaware limited liability company,
TROY HALEY, an individual,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that defendant Interstate Management Company, LLC's Unopposed Motion to Amend Scheduling Order (Docket No. 61) is GRANTED.  The Scheduling Order (Docket No. 51) is amended as follows: (1) The parties shall designate all affirmative experts and provide opposing counsel and any pro se parties with all information specified in Fed. R. Civ. P. 26(a)(2) on or before February 28, 2014; and (2) The parties shall designate all rebuttal experts and provide opposing counsel and any pro se parties with the information specified in Fed. R. Civ. P. 26(a)(2) on or before March 28, 2014.

Date: January 30, 2014