**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 13-cv-1327-WJM-MJW

ANTONIOS XANTHOS

    Plaintiff,

v.

MARRIOTT INTERNATIONAL, INC., a Delaware corporation,
TROY HALEY, and
INTERSTATE MANAGEMENT COMPANY, LLC, a Delaware corporation

    Defendants.

---

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL**

---

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss All Claims, filed June 2, 2014 (ECF No. 68). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED. The above-captioned action is hereby DISMISSED WITH PREJUDICE. Each party shall pay his or its own attorney's fees and costs.

Dated this 2nd day of June, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge